No. 99–6433. WRIGHT *v.* SOUTH DAKOTA. Ct. App. Colo. Motion of petitioner for leave to proceed *in forma pauperis* de-

nied. Petitioner is allowed until December 6, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.